UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   REBECCA BENNETT )
) CASE NO. 14-33160-DHW-13
      Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes BREWTON MILL FEDERAL CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The plan proposes to pay the claim of this creditor which is secured by one 2005 FORD F250 directly.

2. The plan fails to provide for a cure of the pre-petition arrears in the amount of $685.00.

WHEREFORE, BREWTON MILL FEDERAL CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                              BREWTON MILL FEDERAL CREDIT UNION

                              By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this January 12, 2015.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

REBECCA BENNETT
447 HAMDEN RIDGE RD
EVERGREEN AL 36401

                            /s/ Leonard N. Math